UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>JESUS ARREDONDO-MARTINEZ,<br>　　　　　　Defendant. | Case no.  3:05-CR-00033-LRH-VPC<br>USM No.  16350-112<br>ORDER |
| Date of Original Judgment:   11/16/2005<br>Date of Previous Amended Judgment: N/A | Defendant's Attorney:<br>Nisha Brooks-Whittington |

　　　　Upon motion of the Defendant and stipulation between the Defendant and the Government for a sentence reduction pursuant to Title 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to Title 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at United States Sentencing Guideline ¶ 1B1.10 and the sentencing factors set forth in Title 18 U.S.C. § 3553(a), to the extent they are applicable,

　　　　IT IS ORDERED that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of one hundred eighty-eight (188) months on counts 1 and 2, followed by the consecutive 60-month sentence on count 3, for a total sentence of 248 months, is reduced to one hundred fifty-one (151) months on counts 1 and 2, to be followed by the consecutive 60-month sentence on count 3, for a total sentence of 211 months. This modification shall not become effective until November 1, 2015.

1 | Except as otherwise provided, all provisions of the judgment dated November 16, 2005,
2 | shall remain in effect.
3 | IT IS SO ORDERED.
4 | DATED this 15th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE